# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:10-CR-137-LRH (VPC) |
| ) | |
| MICHAEL THOMAS CULHANE, ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on August 4, 2011, defendant MICHAEL THOMAS CULHANE pled guilty to Count One of a One-Count Criminal Indictment charging him with Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B). # 1.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant MICHAEL THOMAS CULHANE pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253:

1. Dell Desktop Computer (Service Tag J85FG21);
2. Various CD's;
3. Various SD Media Cards; and
4. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped,

1 | or received in violation of Title 18, United States Code, Section 2252A(a)(5)(B)
2 | ("property").

3   This Court finds the United States of America is now entitled to, and should, reduce the
4 aforementioned property to the possession of the United States of America.

5   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
6 United States of America should seize the aforementioned property.

7   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
8 MICHAEL THOMAS CULHANE in the aforementioned property is forfeited and is vested in the
9 United States of America and shall be safely held by the United States of America until further order
10 of the Court.

11   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
12 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
13 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
14 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
15 the name and contact information for the government attorney to be served with the petition,
16 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

17   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
18 with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South
19 Virginia Street, 3rd Floor, Reno, NV 89501.

20   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
21 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
22 following address at the time of filing:

23     Greg Addington
       Assistant United States Attorney
24     100 West Liberty Street, Suite 600
       Reno, NV 89501
25 . . .

26 . . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3 following publication of notice of seizure and intent to administratively forfeit the above-described
4 property.

5    DATED this  8th  day of      August      , 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE